UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL AUDIT DEFENSE NETWORK, et al.,<br><br>    Defendants. | 2:02-cv-0131-LDG-PAL<br><br>**ORDER** |

THE COURT HEREBY ORDERS that within sixty (60) days of the filing of this order plaintiff Federal Trade Commission file a report as to the status of this case as pertaining to any remaining parties.

DATED this 29 day of September, 2010.

_____
Lloyd D. George
United States District Judge