1

2

3                              **UNITED STATES DISTRICT COURT**

4                                    **DISTRICT OF NEVADA**

5

6    FEDERAL TRADE COMMISSION,              )
                                            )
7                        Plaintiff,         )    Case No. 2:02-cv-00131-LDG-PAL
                                            )
8    vs.                                    )
                                            )        **ORDER**
9    CORT CHRISTIE,                         )
                                            )    (Substitution of Counsel - Dkt. #147)
10                       Defendant.         )
     _____)

11

12        This matter is before the court on a Motion to Permit Appearance of Government Attorney

13   (Dkt#146) and Motion to Substitute Attorneys (Dkt. #147) filed February 24, 2012.  They seek to allow

14   government attorney  Lisa D. Rosenthal to substitute in the place and stead of Janice Charter and

15   Jerome Steiner as attorney for Plaintiff Federal Trade Commission in this matter.  LR IA 10-6(c)

16   requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature

17   of the attorneys and the client represented.  It provides that the signature of an attorney to substitute into

18   a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or

19   hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution

20   of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any

21   hearing in this case."

22        The Complaint in this case was filed on January 30, 2002.  On November 24, 2010, the FTC

23   filed a Status Report (Dkt. #136) indicating that Mr. Christie is the only remaining Defendant in this

24   case.  However, based on a review of the docket sheet, it appears that Defendant Tax Coach, Inc. is also

25   still a Defendant.  There is currently a Motion to Stay Enforcement of Civil Judgment (Dkt. #141),

26   which is currently under submission to the District Judge.

27   / / /

28   / / /

1    Accordingly,

2    **IT IS ORDERED** that Plaintiff's Motion to Permit Appearance (Dkt #146) and Motion to

3  Substitute (Dkt #147) Lisa D. Rosenthal in the place and stead of Janice Charter and Jerome Steiner is

4  GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

5    Dated this 27th day of February, 2012.

6

7    _____
    PEGGY A. LEEN

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28