# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:02-cv-00131-LDG-PAL |
| vs. | **ORDER** |
| CORT CHRISTIE, | (Substitution of Counsel - Dkt. #147) |
| Defendant. | |

This matter is before the court on a Motion to Permit Appearance of Government Attorney (Dkt#146) and Motion to Substitute Attorneys (Dkt. #147) filed February 24, 2012. They seek to allow government attorney Lisa D. Rosenthal to substitute in the place and stead of Janice Charter and Jerome Steiner as attorney for Plaintiff Federal Trade Commission in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

The Complaint in this case was filed on January 30, 2002. On November 24, 2010, the FTC filed a Status Report (Dkt. #136) indicating that Mr. Christie is the only remaining Defendant in this case. However, based on a review of the docket sheet, it appears that Defendant Tax Coach, Inc. is also still a Defendant. There is currently a Motion to Stay Enforcement of Civil Judgment (Dkt. #141), which is currently under submission to the District Judge.

/ / /

/ / /

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Permit Appearance (Dkt #146) and Motion to Substitute (Dkt #147) Lisa D. Rosenthal in the place and stead of Janice Charter and Jerome Steiner is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 27th day of February, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE