1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  FEDERAL TRADE COMMISSION,

9         Plaintiff,                                    2:02-cv-0131-LDG-PAL

10  v.

11  NATIONAL AUDIT DEFENSE NETWORK,
   et al.,                                              **ORDER**

12         Defendants.

13

14

15        Pursuant to plaintiff's status report (#138) that defendant Tax Coach, Inc., and intervenor

16  Sun West Bank no longer remain parties,

17        THE COURT HEREBY ORDERS that the case is CLOSED.

18

19        DATED this 28 day of September, 2012.

20                                                    _____
21                                                    Lloyd D. George
                                                     United States District Judge
22
23
24
25
26