**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
|      Plaintiff, | 2:02-cv-0131-LDG-PAL |
| v. | **ORDER** |
| NATIONAL AUDIT DEFENSE NETWORK, et al., | |
|      Defendants. | |

Pursuant to plaintiff's status report (#138) that defendant Tax Coach, Inc., and intervenor Sun West Bank no longer remain parties,

THE COURT HEREBY ORDERS that the case is CLOSED.

DATED this ___ day of September, 2012.

_____
Lloyd D. George
United States District Judge